## DUDLEY ag\* DUTCH etc.

Paul Dudley Merch\* plaint. ag\* Robert Dutch Sen\* of Ipswich and John Kent Jun\* of Newberry or either of them Defend\*\* for breach of bond of Fifty pounds bearing date. 15° April: 1678. with all damages &c. . . . The Jury . . . found for the plaint. forfiture of the bond fifty pounds money and costs of Court grant\* twenty four Shillings ten pence

Execution issued 5° aug° 1678.

## ALLEN ag\* GIBSON

Bozoon Allen plaint. ag\* William Gibson Defend\* The plaint. withdrew his action.

## BARTON ag\* GROSS

James Barton Attourny of Jsaac Barton plaint. ag\* Clement Gross Defend\* The plaint. withdrew his Action.

## BAKER agt. MATTOCK

Nathanael Baker plaint. ag\* Samuel Mattock Defend\* The s\* Samuel Mattock came into the Court & confes't Judgem\* ag\* his Estate and person unto Nathanael Baker for three pounds Sixteen Shillings & six pence to bee paid in money and Six thite barrells.

## ROSE ag\* WELLS

Roger Rose plaint. ag\* Thomas Wells Defend\* in an action of debt of three pounds in money due by bill with all other due damages &c. . . . The Jury . . . found for the plaint. three pounds in money or leather at money price according to bill & costs of Court granted Eighteen shillings six pence.

Execution issued aug° 15° 1678.

## KENT etc. agt. WAY etc.

William Kent & Richard Knight Attournies to Samuel Hawford plaint\* agt. the goods or Estate or money that did belong to the Estate of Andrew Sheppard late of Boston dece\* whither in the hands of Richard Way and John Jndicott Sureties to Martha Emery or wherever in an action of the case for not delivering one quarter